to fix the compensation of the former attorney and to direct him to turn over all the papers in this matter to the substituted attorney is denied, without prejudice to a renewal thereof in the Surrogate's Court (*Matter of Lydig*, 262 N. Y. 408). Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ ZITA TURTLE, as Administratrix of the Estate of SIDNEY TURTLE, Deceased, v. MOUNT SINAI HOSPITAL et al.— Motion granted, insofar as to further enlarge appellant's time to serve and file the record on appeal and the appellant's points up to and including August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. If the appellant fails to comply with this condition, respondent may submit a final order dismissing the appeal without notice. The order of this court entered October 1, 1959 is modified accordingly. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ DE REIMER AUTO LAUNDRY, INC. v. THOMAS J. FILOMIO et al.— Motion to dismiss appeal denied but without prejudice to a renewal upon the argument of the appeal. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ DAVID MINKIN et al. v. CITY OF NEW YORK et al.— Motion by the City of New York to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ DAVID MINKIN et al. v. CITY OF NEW YORK et al.— Motion by Big Six Towers, Inc., to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ MITCHELL & MORGAN, INC. v. JOSEPH SCHNEEBALG, Doing Business as SCHNEEBALG & Co.— Motion to dispense with printing denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. IRVING MISHEL.— Enlargement of time granted. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ABBOTT MAINTENANCE CORP. et al.— Motion for stay granted and the stay contained in the order to show cause, dated April 1, 1960, is continued pending the hearing and determination of the appeal; and the appeal is permitted to be heard upon a typewritten record, without printing the same, but upon printed appellants' points; the appellants to serve one copy of the typewritten record on the attorney for each of the defendants-respondents on or before May 16, 1960, and file six copies thereof together with the printed appellants' points with this court on or before May 16, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before May 31, 1960. In all other respects the motion is denied. In the event the above conditions are not complied with, the respondents may submit an order for signature dismissing the appeal without further notice to the appellants. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ABBOTT MAINTENANCE CORP. et al.— Motion to dispense with printing granted insofar as to permit the appeal to be heard on a typewritten record, without printing the same, but upon printed appellants' points, on condition that the appellants serve one copy of the typewritten record on the attorney for each of the defendants-respondents on or before May 16, 1960, and file six copies thereof together with the printed appellants' points with this court on or before May 16, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be